| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | INDICTMENT |
| DAVID WILLIAMS | : | |

The Grand Jury charges that:

### COUNT ONE

On or about June 7, 2014 in the Eastern District of North Carolina, the defendant, DAVID WILLIAMS, did knowingly and intentionally possess with the intent to distribute a quantity of heroin, a Schedule I controlled substance, and a quantity of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

On or about June 7, 2014, in the Eastern District of North Carolina, the defendant, DAVID WILLIAMS, did knowingly and intentionally use and carry a firearm during and in relation to and possess in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as charged in Count One of the indictment, and did possess said firearm in

furtherance of said drug trafficking crime, in violation of Title 18, United States Code, Section 924(c).

COUNT THREE

On or about June 7, 2014, in the Eastern District of North Carolina, the defendant, DAVID ~~DAIVD~~ WILLIAMS, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in and affecting commerce, firearm and ammunition in violation of Title 18, United States Code, Sections 922(g) and 924.

FORFEITURE NOTICE

Upon conviction of the controlled substance offense alleged in Count One of this Indictment, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission, of the said violation.

In addition, upon conviction of the firearm offense set forth in Count Three of this Indictment, defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms or ammunition involved in or used in a knowing commission of the offense.

2

Case 7:14-cr-00103-FL   Document 1   Filed 11/12/14   Page 2 of 3

The forfeitable property includes, but is not limited to a Smith and Wesson, model Bodyguard, .380 caliber semi-automatic handgun.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREMAN

DATE: *November 12, 2014*

THOMAS G. WALKER
United States Attorney

BY: *Charity L Wilson*
CHARITY L. WILSON
Special Assistant United States Attorney

3